USA v. Ashbaugh
3:25-mj-00025                                    MAG

# U.S. District Court
## Northern District of West Virginia (Martinsburg)
## CRIMINAL DOCKET FOR CASE #: 3:05-cr-00060-GMG-RWT-1

Case title: USA v. Ashbaugh et al               Date Filed: 09/20/2005

Related Case: 3:14-cv-00031-JPB-RWT            Date Terminated: 03/23/2006

Assigned to: District Judge Gina M Groh
Referred to: Magistrate Judge Robert W.
Trumble

Appeals court case numbers: 17-6577, 18-
6105 4th Circuit

**Defendant (1)**

**Richard Ashbaugh**                  represented by   **Aaron D. Moss**
*TERMINATED: 03/23/2006*                               Federal Public Defender Office - Mtg
                                                       651 Foxcroft Ave
                                                       Suite 202
                                                       Martinsburg, WV 25401
                                                       (304) 260-9421
                                                       Fax: (304) 260-3716
                                                       Email: aaron_moss@fd.org
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Public Defender or*
                                                       *Community Defender Appointment*

                                                       **Brian C. Crockett**
                                                       Federal Public Defender Office - Mtg
                                                       651 Foxcroft Ave
                                                       Suite 202
                                                       Martinsburg, WV 25401
                                                       304-260-9421
                                                       Fax: 304-260-3716
                                                       Email: brian_crockett@fd.org
                                                       *TERMINATED: 10/19/2006*
                                                       *Designation: Public Defender or*
                                                       *Community Defender Appointment*

                                                       **Carmela M. Cesare**
                                                       Arnold Cesare & Bailey PLLC
                                                       PO Box 69
                                                       Shepherdstown, WV 25443
                                                       304-876-1575
                                                       Fax: 304-876-9186

Email: ccesare@acbattorneys.com
*TERMINATED: 03/23/2006*
*Designation: CJA Appointment*

**S. Andrew Arnold**
Arnold & Bailey, PLLC
208 N. George Street
Charles Town, WV 25414
304-725-2002
Fax: 304-725-0282
Email: saarnold@arnoldandbailey.com
*TERMINATED: 03/23/2006*
*Designation: CJA Appointment*

**Thomas J. Gillooly**
PO Box 3024
Charleston, WV 25331
304-546-7228
Email: tgillooly@gmail.com
*TERMINATED: 05/23/2018*
*Designation: Retained*

**Valena Elizabeth Beety**
West Virginia University College of Law
101 Law School Drive
Morgantown, WV 26505
(304) 293-5301
Fax: (304) 293-6891
Email: valena.beety@mail.wvu.edu
*TERMINATED: 06/14/2022*
*Designation: Retained*

**Pending Counts**

NARCOTICS - SELL, DISTRIBUTE, OR
DISPENSE (Distribution of Heroin
resulting in Death)
(1)

RACKETEERING - NARCOTICS
(2)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Disposition**

Dft. to be incarcerated for a term of 240
months; supervised release for 4 years;
special assessment of $100.00 paid; fine of
$1100.00 imposed. REVOCATION
1/21/2025: Time served; supervised release
30 months.

Dismissed upon motion by AUSA.

**Disposition**

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

**USA**                                    represented by  **Daniel Lee Salem**
                                                            DOJ-USAO
                                                            Criminal
                                                            217 W. King Street
                                                            Suite 400
                                                            Martinsburg, WV 25401
                                                            304-281-5452
                                                            Email: Daniel.Salem@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: United States Attorney*

                                                            **Eleanor F. Hurney**
                                                            U.S. Attorney's Office - Mrt.
                                                            U.S. Courthouse
                                                            217 W. King Street, Suite 400
                                                            Martinsburg, WV 25401
                                                            (304) 262-4802
                                                            Fax: (304) 262-0591
                                                            Email: eleanor.hurney@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: United States Attorney*

                                                            **Kimberley D. Crockett (USA ACCOUNT)**
                                                            U.S. Attorney's Office - Mrt.
                                                            217 W. King Street, Suite 400
                                                            Martinsburg, WV 25401
                                                            (304) 262-4807
                                                            Fax: (304) 262-0591
                                                            Email: Kimberley.D.Crockett@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: United States Attorney*

                                                            **Lara K. Omps-Botteicher**
                                                            U.S. Attorney's Office - Mrt.
                                                            U.S. Courthouse
                                                            217 W. King Street, Suite 400
                                                            Martinsburg, WV 25401
                                                            (304) 262-0590
                                                            Fax: (304) 262-0591
                                                            Email: lara.omps-botteicher@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: United States Attorney*

**Paul T. Camilletti**
U.S. Attorney's Office - Mrt.
217 W. King Street, Suite 400
Martinsburg, WV 25401
304-262-0590
Fax: 304-262-0591
Email: paul.camilletti@usdoj.gov
*TERMINATED: 05/02/2023*
*Designation: United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2005 | 1 | SEALED INDICTMENT as to Richard Ashbaugh (1) counts 1, 2, Claire Dunleavy (2) counts 1, 2. (sds) (Entered: 09/21/2005) |
| 09/20/2005 | 2 | SEALED MOTION by USA as to Richard Ashbaugh, Claire Dunleavy. (sds) (Entered: 09/21/2005) |
| 09/20/2005 | 3 | SEALED ORDER as to Richard Ashbaugh, Claire Dunleavy, Motions terminated as to Richard Ashbaugh, Claire Dunleavy: 2 SEALED MOTION filed by USA. Signed by Judge David J. Joel on 9/20/05. (sds) (Entered: 09/21/2005) |
| 09/20/2005 | 4 | Arrest Warrant Issued by David J. Joel in case as to Richard Ashbaugh, Claire Dunleavy. (sds) (Entered: 09/21/2005) |
| 10/14/2005 | | Case unsealed as to Richard Ashbaugh, Claire Dunleavy (jko) (Entered: 10/14/2005) |
| 10/17/2005 | 9 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Richard Ashbaugh. (sds) (Entered: 10/17/2005) |
| 10/17/2005 | 11 | ORDER granting 9 Motion for Writ of Habeas Corpus ad prosequendum as to Richard Ashbaugh (1). Signed by Judge David J. Joel on 10/17/05. (sds) (Entered: 10/17/2005) |
| 10/19/2005 | 13 | MOTION for Detention by USA as to Richard Ashbaugh. (Attachments: # 1 Text of Proposed Order)(Camilletti, Paul) (Entered: 10/19/2005) |
| 10/19/2005 | 15 | Minute Entry for proceedings held before Judge David J. Joel: Initial Appearance as to Richard Ashbaugh held on 10/19/2005 Arraignment set for 10/26/2005 09:30 AM before Magistrate Judge David J. Joel. Detention Hearing set for 10/26/2005 09:30 AM in Martinsburg Magistrate Courtroom, 1st Floor before Magistrate Judge David J. Joel. Government motion for detention; order signed by Judge.(Tape #Recorded Mag. Courtroom.) (jko) (Entered: 10/19/2005) |
| 10/19/2005 | 16 | ORDER temporarily granting 13 Motion for Detention as to Richard Ashbaugh (1) Signed by Judge David J. Joel on 10/19/05. (jko) (Entered: 10/19/2005) |
| 10/19/2005 | 17 | CJA 23 Financial Affidavit by Richard Ashbaugh (jko) (Entered: 10/19/2005) |
| 10/19/2005 | 18 | CJA 20 as to Richard Ashbaugh: Appointment of Attorney Brian C. Crockett for Richard Ashbaugh for Initial Appearance Only. Signed by Judge David J. Joel on 10/19/05. (jko) (Entered: 10/19/2005) |
| 10/20/2005 | 20 | Arrest Warrant Returned Executed on 10/19/05 in case as to Richard Ashbaugh. (kd) (Entered: 10/20/2005) |
| 10/20/2005 | 21 | CJA 20 as to Richard Ashbaugh: Appointment of Attorney Carmela M. Cesare for Richard Ashbaugh. Signed by Judge David J. Joel on 10/20/05. (jko) (Entered: 10/20/2005) |

| | | |
|---|---|---|
| 10/24/2005 | 23 | ORDER REFERRING motions to suppress, to dismiss and to sever to Magistrate Judge David J. Joel as to Richard Ashbaugh . Signed by Judge W. Craig Broadwater on 10/24/05. (sds) (Entered: 10/24/2005) |
| 10/26/2005 | 24 | Minute Entry for proceedings held before Judge David J. Joel: Arraignment as to Richard Ashbaugh (1) Count 1,2 held on 10/26/2005, Detention Hearing as to Richard Ashbaugh held on 10/26/2005 (Defendant waived Detention Hearing in open Court) (Tape #Recorded Mag. Courtroom.) (jko) (Entered: 10/26/2005) |
| 10/26/2005 | 25 | SCHEDULING ORDER as to Richard Ashbaugh Discovery due by 11/2/2005. Plea Agreement due by 12/12/2005. Jury Selection set for 12/19/2005 08:30 AM in Martinsburg District Courtroom, 2nd Floor before Chief Judge Irene M. Keeley. Jury Trial set for 12/19/2005 08:30 AM in Martinsburg District Courtroom, 2nd Floor before Chief Judge Irene M. Keeley. Pretrial Conference set for 12/13/2005 10:00 AM in Martinsburg District Courtroom, 2nd Floor before Judge Unassigned. Signed by Judge David J. Joel on 10/26/05. (jko) (Entered: 10/26/2005) |
| 10/27/2005 | 26 | ORDER granting 13 Motion for Detention as to Richard Ashbaugh (1). Signed by Judge David J. Joel on 10/26/05. Defendant Ordered Detained. (jko) Additional attachment(s) added on 10/27/2005 (jko, ). (Entered: 10/27/2005) |
| 10/27/2005 | 27 | NOTICE OF DOCKET CORRECTION re ERROR:Wrong Order Scanned. CORRECTION:Replacing with correct Order. (jko) (Entered: 10/27/2005) |
| 10/27/2005 | | Set/Reset Hearings as to Richard Ashbaugh: Motions Hearing time was inadvertently omitted from the Initial Scheduling Order (Document # 25) Motions Hearing set for 11/22/2005 09:30 AM in Martinsburg Magistrate Courtroom, 1st Floor before Magistrate Judge David J. Joel. (jko) (Entered: 10/27/2005) |
| 11/07/2005 | 29 | NOTICE *of Discovery Disclosure* by USA as to Richard Ashbaugh, Claire Dunleavy (Camilletti, Paul) (Entered: 11/07/2005) |
| 11/07/2005 | 30 | MOTION for Discovery by USA as to Richard Ashbaugh, Claire Dunleavy. (Camilletti, Paul) (Entered: 11/07/2005) |
| 11/17/2005 | 32 | NOTICE *of Supplemental Discovery Disclosure* by USA as to Richard Ashbaugh, Claire Dunleavy (Camilletti, Paul) (Entered: 11/17/2005) |
| 11/17/2005 | 33 | RESPONSE (Arnold, S.) (Entered: 11/17/2005) |
| 11/18/2005 | 37 | MOTION for Discovery by Richard Ashbaugh. (Cesare, Carmela) Additional attachment(s) added on 11/29/2005 (sds, ). (Entered: 11/18/2005) |
| 11/18/2005 | 38 | MOTION in Limine by Richard Ashbaugh. (Cesare, Carmela) (Entered: 11/18/2005) |
| 11/18/2005 | 39 | MOTION in Limine by Richard Ashbaugh. (Cesare, Carmela) (Entered: 11/18/2005) |
| 11/18/2005 | 40 | MOTION to Suppress by Richard Ashbaugh. (Cesare, Carmela) (Entered: 11/18/2005) |
| 11/18/2005 | 41 | MOTION for Discovery by Richard Ashbaugh. (Cesare, Carmela) Additional attachment(s) added on 11/29/2005 (sds, ). (Entered: 11/18/2005) |
| 11/21/2005 | 42 | MOTION for Discovery by Richard Ashbaugh. (Arnold, S.) (Entered: 11/21/2005) |
| 11/21/2005 | 43 | MOTION for Discovery by Richard Ashbaugh. (Arnold, S.) (Entered: 11/21/2005) |
| 11/22/2005 | 44 | Minute Entry for proceedings held before Judge David J. Joel: Status Conference as to Richard Ashbaugh held on 11/22/2005 RE: Motions filed; Motions Hearing rescheduled to December 5, 2005 at 1:30 p.m. (Tape #Recorded Mag. Courtroom.) (jko) (Entered: 11/22/2005) |

| 11/22/2005 | 45 | ORDER of Status Hearing as to Richard Ashbaugh; Motions will be heard on 12/05/05 at 1:30 p.m.. Signed by Judge David J. Joel on 11/22/05. (jko) (Entered: 11/22/2005) |
| 11/28/2005 | 46 | MOTION for Writ of Habeas Corpus ad testificandum for Claire Dunleavy to appear on 12/19/05 at 8:30amby USA as to Richard Ashbaugh. (sds) (Entered: 11/28/2005) |
| 11/28/2005 | 47 | ORDER granting 46 Motion for Writ of Habeas Corpus ad testificandum as to Richard Ashbaugh (1). Signed by Judge David J. Joel on 11/28/05. (sds) (Entered: 11/28/2005) |
| 11/29/2005 | 48 | NOTICE OF DOCKET CORRECTION re 37 MOTION for Discovery, 41 MOTION for Discovery. ERROR: Filed same pleading three times; CORRECTION:correct pleading document 42. (sds) (Entered: 11/29/2005) |
| 11/30/2005 | 49 | SEALED ORDER as to Richard Ashbaugh . Signed by Judge W. Craig Broadwater on 11/30/05. (sds) (Entered: 11/30/2005) |
| 12/13/2005 | 51 | Writ of Habeas Corpus ad Testificandum for Claire Dunleavy Returned Unexecuted by USM in case as to Richard Ashbaugh. (jcs) (Entered: 12/13/2005) |
| 12/14/2005 | | Plea Agreement Hearing with respect to Richard Ashbaugh set for 1/4/2006 10:00 AM in Martinsburg District Courtroom, 2nd Floor before Magistrate Judge David J. Joel. (wcblc2) (Entered: 12/14/2005) |
| 01/04/2006 | 57 | Minute Entry for proceedings held before Judge David J. Joel :Plea Hearing as to Richard Ashbaugh held on 1/4/2006: count 1. (Court Reporter Hamrick) (njz) (Entered: 01/04/2006) |
| 01/04/2006 | 58 | PLEA AGREEMENT as to Richard Ashbaugh. (njz) (Entered: 01/04/2006) |
| 01/04/2006 | 59 | Clerk's WITNESS LIST as to Richard Ashbaugh re: change of plea hearing held 1/4/06. (njz) (Entered: 01/04/2006) |
| 01/04/2006 | 60 | WAIVER of Article III Judge and consent to enter guilty plea before the US Mag. Judge as to Richard Ashbaugh. (njz) (Entered: 01/04/2006) |
| 01/04/2006 | 61 | SEALED ORDER as to Richard Ashbaugh granting re 36 **SEALED** EX PARTE MOTION filed by Richard Ashbaugh, 52 **SEALED** EX PARTE MOTION filed by Richard Ashbaugh, 35 **SEALED** EX PARTE MOTION filed by Richard Ashbaugh, 34 **SEALED** EX PARTE MOTION filed by Richard Ashbaugh . Signed by Judge W. Craig Broadwater on 1/4/06. (njz) (Entered: 01/04/2006) |
| 01/11/2006 | 62 | ORDER FILING PLEA AGREEMENT as to Richard Ashbaugh. Sentencing set for 3/20/2006 10:30 AM before District Judge W. Craig Broadwater. Signed by Judge David J. Joel on 1/11/06. (sds) (Entered: 01/11/2006) |
| 02/14/2006 | 64 | Special Assessment Fee Paid in the amount of $100.00 by Richard Ashbaugh RECEIPT #: 45300. (sds) (Entered: 02/14/2006) |
| 03/13/2006 | 68 | SENTENCING MEMORANDUM by Richard Ashbaugh. (sds) (Entered: 03/14/2006) |
| 03/20/2006 | 72 | Minute Entry for proceedings held before Judge W. Craig Broadwater :Sentencing held on 3/20/2006 for Richard Ashbaugh (1). Count 1-Dft. to be incarcerated for a term of 240 months; supervised release for 4 years; special assessment of $100.00 paid; fine of $1100.00 imposed; Count 2 is dismissed upon motion by AUSA. (Court Reporter Hamrick) (njz) (Entered: 03/20/2006) |
| 03/20/2006 | 73 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Richard Ashbaugh. Sealed and placed in vault in Martinsburg. (njz) (cmd). (Entered: 03/20/2006) |

| 03/22/2006 | 76 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Richard Ashbaugh on 3/21/06 by USM. (jcs) (Entered: 03/22/2006) |
| 03/23/2006 | 77 | ORDER of Sentencing Hearing as to Richard Ashbaugh . Signed by Judge W. Craig Broadwater on 3/23/06. (sds) (Entered: 03/23/2006) |
| 03/23/2006 | 78 | JUDGMENT as to Richard Ashbaugh (1), Count 1, Dft. to be incarcerated for a term of 240 months; supervised release for 4 years; special assessment of $100.00 paid; fine of $1100.00 imposed; Count 2, Dismissed upon motion by AUSA. Signed by Judge W. Craig Broadwater on 3/23/06. (sds) (Entered: 03/23/2006) |
| 07/12/2006 | 86 | Judgment Returned Executed as to Richard Ashbaugh on 4/17/06. (kd) (Entered: 07/12/2006) |
| 09/29/2006 | 87 | MOTION to Vacate under 28 U.S.C. 2255 (Civil Action 3:06-cv-102) by Richard Ashbaugh. (c. to 2410, AUSA) (sds) (Entered: 09/29/2006) |
| 09/29/2006 | 89 | NOTICE of General Guidelines for appearing Pro Se to Petitioner Richard Ashbaugh re 87 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 3:06-cv-102.) (sds) (Entered: 09/29/2006) |
| 10/31/2006 | 92 | RESPONSE to Motion by USA as to Richard Ashbaugh re 87 MOTION to Vacate under 28 U.S.C. 2255 (Civil Action 3:06-cv-102). (Attachments: #(1) Exhibit A, #(2) Exhibit B, #(3) Exhibit C, #(4) Exhibit D, #(5) Exhibit E, #(6) Exhibit F, #(7) Exhibit G (RESTRICTED TO COURT USERS ONLY), #(8) Exhibit H)(Camilletti, Paul) Modified on 10/31/2006 (njz). (Entered: 10/31/2006) |
| 10/31/2006 | 93 | NOTICE OF DOCKET CORRECTION re 92 Response to Motion. CORRECTION: Exhibit G is RESTRICTED TO COURT USERS ONLY. (njz) (Entered: 10/31/2006) |
| 11/07/2006 | 94 | ORDER REFERRING CASE to Magistrate Judge James E. Seibert as to Richard Ashbaugh Petition under 28 U.S.C. 2255. Signed by Judge W. Craig Broadwater on 11/07/06. (sds) (Entered: 11/07/2006) |
| 11/17/2006 | 97 | REPLY TO RESPONSE to Motion by Richard Ashbaugh re 87 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 3:06-cv-102). (Attachments: # 1 Exhibit, # 2 Envelope) (njz) (Entered: 11/22/2006) |
| 11/20/2006 | 95 | TRANSCRIPT of Proceedings (plea hearing) as to Richard Ashbaugh held on 1/4/06 before Judge Joel. Court Reporter: Hamrick. (njz) (Entered: 11/20/2006) |
| 11/20/2006 | 96 | TRANSCRIPT of Proceedings (sentencing) as to Richard Ashbaugh held on 3/20/06 before Judge Broadwater. Court Reporter: Hamrick. (njz) (Entered: 11/20/2006) |
| 12/18/2006 | 98 | Memorandum in Support by Richard Ashbaugh re 87 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 3:06-cv-102) (sds) (Entered: 12/18/2006) |
| 07/05/2007 | 100 | REPORT AND RECOMMENDATIONS as to Richard Ashbaugh re 87 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 3:06-cv-102 ). Objections to R&R due by 7/19/2007. Signed by Judge James E. Seibert on 7/5/07. (copy Petitioner) (cnd) (Entered: 07/05/2007) |
| 10/25/2007 | 101 | ORDER ADOPTING REPORT AND RECOMMENDATION THAT CASE BE DISMISSED AND STRICKEN FROM DOCKET: denying 87 Motion to Vacate (2255) as to Richard Ashbaugh (1); adopting Report and Recommendations re 100 as to Richard Ashbaugh (1). Signed by Judge John P. Bailey on 10/25/07. As per law clerk, sent copy by certified mail to pro se petitioner. (tlg) (Entered: 10/25/2007) |

| | | |
|---|---|---|
| 10/25/2007 | | Judge update in case as to Richard Ashbaugh. Judge John P. Bailey added. Judge W. Craig Broadwater no longer assigned to case. (tlg) (Entered: 10/25/2007) |
| 11/15/2011 | 107 | LETTER from Richard Ashbaugh to Clerk of Courts requesting docket sheet. (Attachments: # 1 Letter from deputy clerk to Warden) Mailed docket sheet to warden. (njz) (Entered: 11/15/2011) |
| 11/15/2011 | 108 | Envelope Received re: 107 Letter. (njz) (Entered: 11/15/2011) |
| 02/12/2014 | 110 | MOTION to Appoint Counsel by Richard Ashbaugh. (njz) (Entered: 02/12/2014) |
| 02/12/2014 | 111 | Envelope Received re: 110 MOTION to Appoint Counsel (njz) (Entered: 02/12/2014) |
| 03/12/2014 | 112 | MOTION to Vacate under 28 U.S.C. 2255 by Richard Ashbaugh. Case assigned to MJMBurg and law clerk Blalock. (tlg) Civil case 3:14-cv-00031-JPB opened. (Entered: 03/12/2014) |
| 03/12/2014 | 113 | EMERGENCY MOTION TO CORRECT SENTENCE UNDER 28 U.S.C. §2255, by Richard Ashbaugh. (tlg) (Entered: 03/12/2014) |
| 03/12/2014 | 114 | MOTION to Appoint Counsel by Richard Ashbaugh. (tlg) (Entered: 03/12/2014) |
| 03/12/2014 | 115 | Envelope Received re 112 MOTION to Vacate under 28 U.S.C. 2255, 114 MOTION to Appoint Counsel, 113 MOTION. (tlg) (Entered: 03/12/2014) |
| 03/13/2014 | 116 | Paperless NOTICE as to Richard Ashbaugh: civil case 3:14cv31 opened for stats purposes only. All docketing to be done in 3:5cv60. (njz) (Entered: 03/13/2014) |
| 03/13/2014 | 117 | NOTICE of General Guidelines for Appearing Pro Se In Federal Court as to Richard Ashbaugh. copy mailed to pro se dft. via cert. return rec'l mail. (njz) (Additional attachment(s) added on 3/13/2014: # 1 Certified Mail Return Receipt) (njz). (Entered: 03/13/2014) |
| 03/18/2014 | 118 | RETURN RECEIPT as to 117 Notice (Other). SERVICE ACCEPTED on 3/17/2014. (tlg) (Entered: 03/18/2014) |
| 04/10/2014 | 119 | MOTION to Dismiss *Petition* by USA as to Richard Ashbaugh. (Camilletti, Paul) (Entered: 04/10/2014) |
| 04/11/2014 | 120 | ROSEBORO NOTICE as to Richard Ashbaugh. Within twenty-one (21) days of the date of this Order, the petitioner shall file any opposition he has to the respondents motion. Signed by Magistrate Judge James E. Seibert on 4/11/14. (njz) copy mailed to pro se pet via cert. return rec'l mail (Additional attachment(s) added on 4/14/2014: # 1 Certified Mail Return Receipt) (njz). (Entered: 04/11/2014) |
| 04/15/2014 | 121 | RETURN RECEIPT as to 120 ROSEBORO NOTICE. SERVICE ACCEPTED on 4/14/2014. (cwm) (Entered: 04/15/2014) |
| 04/21/2014 | 122 | MOTION for Extension of Time to File Response/Reply as to 120 Order by Richard Ashbaugh. (njz) (Entered: 04/21/2014) |
| 04/21/2014 | 123 | Envelope Received. 122 MOTION for Extension of Time to File Response/Reply as to 120 Order, (njz) (Entered: 04/21/2014) |
| 04/22/2014 | 124 | ORDER granting 122 Motion for Extension of Time to File Response/Reply re: 119 Motion to Dismiss as to Richard Ashbaugh (1). Petitioner shall have until May 20, 2014, within which he may file any opposition he may have to the respondents Motion to Dismiss. Signed by Magistrate Judge James E. Seibert on 4/22/14. (njz) copy mailed to pro se pet with motion to dismiss 119 via cert. return rec'l mail (Additional attachment(s) |

| | | |
|---|---|---|
| | | added on 4/22/2014: # 1 Certified Mail Return Receipt) (njz). Modified on 4/25/2014- added link to Motion to Dismiss 119 (njz). (Entered: 04/22/2014) |
| 04/22/2014 | 125 | ORDER denying without prejudice 110 Motion to Appoint Counsel as to Richard Ashbaugh (1), denying without prejudice 114 Motion to Appoint Counsel as to Richard Ashbaugh (1). Signed by Magistrate Judge James E. Seibert on 4/22/14. (njz) copy mailed to pro se pet. via cert. return rec't mail (Additional attachment(s) added on 4/22/2014: # 1 Certified Mail Return Receipt) (njz). (Entered: 04/22/2014) |
| 04/25/2014 | | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Richard Ashbaugh 119 MOTION to Dismiss *Petition*. Responses due by 5/20/2014 (njz) (Entered: 04/25/2014) |
| 04/25/2014 | 126 | RETURN RECEIPT as to 125 Order on Motion to Appoint Counsel, 124 Order on Motion for Extension of Time to File Response/Reply. SERVICE ACCEPTED on 4/24/14. (njz) (Entered: 04/25/2014) |
| 05/07/2014 | 127 | (Styled as Reply) RESPONSE to Motion by Richard Ashbaugh re 119 MOTION to Dismiss *Petition*. (Attachments: # 1 Exhibit A-opinion-ruling of death, # 2 motion to file successive application)(njz) (Entered: 05/07/2014) |
| 05/07/2014 | 128 | Envelope Received. 127 Response to Motion (njz) (Entered: 05/07/2014) |
| 05/07/2014 | 129 | MOTION for resentencing, MOTION for evidentiary hearing, MOTION to file motion under 2244 for second or successive application to the 4th Circuit by Richard Ashbaugh. (incorporated with Reply to motion to dismiss 127 ) (Attachments: # 1 Exhibit A-opinion-cause of death, # 2 motion for successive application)(njz) (Entered: 05/07/2014) |
| 05/19/2014 | 130 | LETTER from Richard Ashbaugh to N. Zombek requesting copies of 129 , 113 , 112 , 101 , 100 , and 87 . (Attachments: # 1 letter from 4th Cir) Requested copies mailed to warden.(njz) (Entered: 05/19/2014) |
| 05/19/2014 | 131 | Envelope Received re: 130 Letter (njz) (Entered: 05/19/2014) |
| 05/19/2014 | 132 | LETTER from Clerk to Warden, FCI Cumberland regarding 130 Letter. requested copies mailed to warden. copy of letter mailed to Mr. Ashbaugh (njz) (Entered: 05/19/2014) |
| 07/02/2014 | 133 | USCA ORDER: Movant has filed a motion under 28 U.S.C. § 2244 for an order authorizing the district court to consider a second or successive application for relief under 28 U.S.C. § 2255.The court denies the motion as to Richard Ashbaugh. (cmd) (Entered: 07/03/2014) |
| 07/03/2014 | 134 | ORDER DISMISSING PETITION and DENYING 112 Motion to Vacate (2255), 113 Emergency Motion to Correct Sentence Under 28 U.S.C. 2255, 119 Motion to Dismiss, 129 Motion for Reconsideration as to Richard Ashbaugh. This action is ordered DISMISSED without prejudice and stricken from the docket. Signed by Chief Judge John Preston Bailey on 7/3/2014. Copy sent certified mail, return receipt to pro se Petitioner. (tlg)<br>Civil Case 3:14-cv-00031-JPB-RWT closed. (Additional attachment(s) added on 7/3/2014: # 1 certified mail receipt) (tlg). (Entered: 07/03/2014) |
| 07/10/2014 | 135 | RETURN RECEIPT as to 134 Order. SERVICE ACCEPTED on 7/7/2014. (cmd) (Entered: 07/10/2014) |
| 09/22/2014 | 136 | (Styled as MOTION FOR RELIEF UNDER FED.R.CIV.P. 60(b)(6)) MOTION to Vacate by Richard Ashbaugh. (Attachments: # 1 Exhibit A-opinion, toxicology report)(njz) (Entered: 09/23/2014) |
| 09/22/2014 | 137 | Envelope Received. 136 MOTION to Vacate (njz) (Entered: 09/23/2014) |

| 09/29/2014 | 138 | ORDER DENYING 136 MOTION FOR RELIEF UNDER FED. R. CIV. P. 60(b)(6) as to Richard Ashbaugh (1). Signed by Chief Judge John Preston Bailey on 9/29/14. (njz)copy mailed to pro se pet via cert. return rec't mail (Additional attachment(s) added on 9/30/2014: # 1 Certified Mail Return Receipt) (njz). (Entered: 09/29/2014) |
|---|---|---|
| 10/02/2014 | 139 | RETURN RECEIPT as to 138 Order on Motion to Vacate. SERVICE ACCEPTED on 10/1/14. (njz) (Entered: 10/02/2014) |
| 05/22/2015 | | Judge update in case as to Richard Ashbaugh. Chief Judge Gina M. Groh added. District Judge John Preston Bailey no longer assigned to case. (cmd) (Entered: 05/22/2015) |
| 05/22/2015 | 140 | MOTION for Relief Under Fed. R. Civ. P. 60 (b) by Richard Ashbaugh. (Attachments: # 1 Exhibit A - Toxicology Report, # 2 Envelope)(cmd) (Attachment 1 replaced on 5/22/2015) (cmd). Modified on 5/22/2015 to delete double headers. (cmd) (Entered: 05/22/2015) |
| 06/23/2015 | 141 | ORDER DISMISSING 140 MOTION FOR RELIEF UNDER FED. R. CIV. P. 60(b) as to Richard Ashbaugh. Signed by Chief Judge Gina M. Groh on 6/23/15. (njz) copy mailed to pro se pet via cert. return rec't mail (Additional attachment(s) added on 6/24/2015: # 1 Certified Mail Return Receipt) (njz). (Entered: 06/23/2015) |
| 06/29/2015 | 142 | RETURN RECEIPT as to 141 Order on Motion to Vacate. SERVICE ACCEPTED on 6/26/15. (njz) (Entered: 06/29/2015) |
| 02/02/2016 | 143 | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 USC 3582(c)(2) - USSC Amendment as to Richard Ashbaugh (1). IT IS ORDERED that the motion is DENIED and the defendant's previously imposed sentence of imprisonment of 240 months incarceration shall remain in effect. Signed by Chief Judge Gina M. Groh on 2/2/16. (njz) copy emailed to USPO, FPD, USA, and mailed to dft. via regular mail. (Entered: 02/02/2016) |
| 03/20/2017 | 144 | NOTICE OF ATTORNEY APPEARANCE: Valena Elizabeth Beety appearing for Richard Ashbaugh *along with student attorney Lisa Hartline* (Attachments: # 1 Affidavit prior counsel declaration concerning written consent of client to representation, # 2 Attachment client consent to representation)(Beety, Valena) (Entered: 03/20/2017) |
| 03/20/2017 | 145 | Consent MOTION to Amend/Correct *Sentence* by Richard Ashbaugh. (Beety, Valena) Modified on 3/21/2017-nef regen for Judge Bailey (njz). (Entered: 03/20/2017) |
| 03/21/2017 | 146 | PAPERLESS ORDER: This case is hereby TRANSFERRED to the docket of United States District Judge John Preston Bailey for all further proceedings. Signed by Chief Judge Gina M. Groh on March 21, 2017. (km) (Entered: 03/21/2017) |
| 03/21/2017 | | Judge update in case as to Richard Ashbaugh. District Judge John Preston Bailey added. Chief Judge Gina M. Groh no longer assigned to case. (njz) (Entered: 03/21/2017) |
| 04/18/2017 | 147 | ORDER DENYING 145 UNOPPOSED MOTION FOR AN AMENDED SENTENCE as to Richard Ashbaugh (1). Signed by District Judge John Preston Bailey on 4/18/17. (njz ). order mailed to counsel of record via cert. return rec't mail (Entered: 04/18/2017) |
| 04/26/2017 | 148 | RETURN RECEIPT as to 147 Order. SERVICE ACCEPTED on 4/24/2017. (cmd) (Entered: 04/28/2017) |
| 04/28/2017 | 149 | RETURN RECEIPT as to 147 Order. SERVICE ACCEPTED on 4/24/2017. (cmd) (Entered: 04/28/2017) |
| 05/02/2017 | 150 | NOTICE OF APPEAL by Richard Ashbaugh (Beety, Valena) (Entered: 05/02/2017) |

| 05/02/2017 | [151](#) | Transmission of Notice of Appeal and Docket Sheet as to Richard Ashbaugh to US Court of Appeals re [150](#) Notice of Appeal - Final Judgment (njz) (Entered: 05/02/2017) |
|---|---|---|
| 05/03/2017 | [152](#) | USCA NOTICE OF APPELLATE CASE OPENING as to Richard Ashbaugh for [150](#) Notice of Appeal - Final Judgment filed by Richard Ashbaugh. Case Number: 17-6577 Case Manager: RJ Warren 804-916-2702. (njz) (Entered: 05/03/2017) |
| 05/05/2017 | [153](#) | USCA Records Request as to [150](#) Notice of Appeal - Final Judgment filed by Richard Ashbaugh (njz) (Entered: 05/05/2017) |
| 05/05/2017 | 154 | Assembled Electronic Record Transmitted to Fourth Circuit re [150](#) Notice of Appeal - Final Judgment (njz) (Entered: 05/05/2017) |
| 05/19/2017 | [155](#) | ORDER of USCA as to Richard Ashbaugh re [150](#) Notice of Appeal - Final Judgment. Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the court grants the motion. (cmd) (Entered: 05/19/2017) |
| 05/19/2017 | [156](#) | MANDATE of USCA as to Richard Ashbaugh re [150](#) Notice of Appeal - Final Judgment. This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today. (cmd) (Entered: 05/19/2017) |
| 07/20/2017 | [157](#) | MOTION for Reconsideration re [147](#) Order on Motion to Amend/Correct, by Richard Ashbaugh. (Beety, Valena) (Entered: 07/20/2017) |
| 01/12/2018 | [158](#) | *Defendant's Supplemental Pleading In Support of Unopposed Motion for an Amended Sentence* Other Document re [157](#) MOTION for Reconsideration re [147](#) Order on Motion to Amend/Correct, , [147](#) Order on Motion to Amend/Correct, filed by Richard Ashbaugh (Attachments: # [1](#) Attachment Defendant's Original Unopposed Motion For An Amended Sentence, # [2](#) Exhibit Exhibit 1: United States v. Holloway, # [3](#) Exhibit Exhibit 2: Nolle Prosequi in Randy Washington Case, # [4](#) Exhibit Exhibit 3: Randy Washington Sentencing Transcript, # [5](#) Exhibit Exhibit 4: Randy Washington Judgement, # [6](#) Exhibit Exhibit 5: Scott Walker Motion to Vacate or Correct Sentence, # [7](#) Exhibit Exhibit 6: Scott Walker Transcript of Motion Hearing, # [8](#) Exhibit Exhibit 7: Scott Walker Order, # [9](#) Exhibit Exhibit 8: Luis Rivera Motion to Vacate Count Seven, # [10](#) Exhibit Exhibit 9: Government's Response to Rivera's Motion to Vacate Count Seven, # [11](#) Exhibit Exhibit 10: Luis Rivera Order, # [12](#) Exhibit Exhibit 11: Marion Hungerford Joint Motion, # [13](#) Exhibit Exhibit 12: Marion Hungerford Settlement Agreement, # [14](#) Exhibit Exhibit 13: Government's Motion to Dismiss Counts in Hungerford Case, # [15](#) Exhibit Exhibit 14: Order, # [16](#) Exhibit Exhibit 15: Amended Judgment Form, # [17](#) Exhibit Exhibit 16: Government's Motion to Reconsider Tom Tate's Judgement, # [18](#) Exhibit Exhibit 17: Tom Tate's Filing, # [19](#) Exhibit Exhibit 18: Order, # [20](#) Exhibit Exhibit 19: Amended Judgement Form, # [21](#) Exhibit Exhibit 20: Christopher Williams Final Settlement, # [22](#) Exhibit Exhibit 21: Christopher Williams Transcript of Sentencing, # [23](#) Exhibit Exhibit 22: Amended Judgement Form, # [24](#) Exhibit Exhibit 23: Olivar Martinez-Blanco Sentencing Transcript, # [25](#) Exhibit Exhibit 24: Joint Motion to Reduce Sentence and Dismiss 2255 Motion, # [26](#) Exhibit Exhibit 25: Order Amending the Judgement, # [27](#) Exhibit Exhibit 26: Kevin Grant's Brief In Support of his Two Pending Pro Se Motions, # [28](#) Exhibit Exhibit 27: Order, # [29](#) Exhibit Exhibit 28: Denise Dellaire Transcript of Sentencing, # [30](#) Exhibit Exhibit 29: Memorandum of Law in Support of Petitioners Motion for Equitable Relief From Judgement Pursuant to Fed. R. Civ. P. 60(b)(6), # [31](#) Exhibit Exhibit 30: Transcript of Hearing on Motion, # [32](#) Exhibit Exhibit 31: New York Times Article)(Beety, Valena) (Entered: 01/12/2018) |
| 01/23/2018 | [159](#) | ORDER DENYING MOTION FOR RECONSIDERATION OF DENIAL OF UNOPPOSED MOTION FOR AN AMENDED SENTENCE ORDER: it is the opinion of this Court that the [157](#) Motion for Reconsideration of Denial of Unopposed Motion for an |

| | | Amended Sentence and Defendant's 158 Supplemental Pleading in Support of Unopposed Motion for an Amended Sentence should be, and the same are, DENIED as to Richard Ashbaugh (1). Signed by District Judge John Preston Bailey on 01/23/2018. (cwm) (Entered: 01/23/2018) |
|---|---|---|
| 01/31/2018 | 160 | NOTICE OF APPEAL by Richard Ashbaugh re 159 Order,, Order on Motion for Reconsideration, Appeal Record due by 2/20/2018. (Beety, Valena) (Entered: 01/31/2018) |
| 01/31/2018 | 161 | Transmission of Notice of Appeal and Docket Sheet as to Richard Ashbaugh to US Court of Appeals re: 160 Notice of Appeal - Final Judgment. (cwm) (Entered: 01/31/2018) |
| 01/31/2018 | 162 | USCA NOTICE OF APPELLATE CASE OPENING as to Richard Ashbaugh for 160 Notice of Appeal - Final Judgment filed by Richard Ashbaugh. Case Number: 18-6105. Case Manager: J. Hargett Moore. (cwm) (Entered: 01/31/2018) |
| 03/07/2018 | 163 | MOTION Seeking Access to Sealed Documents by Richard Ashbaugh. (Beety, Valena) (Entered: 03/07/2018) |
| 03/08/2018 | 164 | NOTICE OF ATTORNEY APPEARANCE: Thomas J. Gillooly appearing for Richard Ashbaugh (Gillooly, Thomas) (Entered: 03/08/2018) |
| 03/23/2018 | 165 | PAPERLESS ORDER as to Richard Ashbaugh: Upon consideration, the MOTION Seeking Access to Sealed Documents 163 is hereby GRANTED; accordingly, the Clerk is directed to provide copies of the requested documents to counsel for the petitioner. Signed by District Judge John Preston Bailey on 3/23/2018. (JP) (Entered: 03/23/2018) |
| 05/23/2018 | 166 | ORDER of USCA granting the motion to relieve counsel from further representation on appeal as to Richard Ashbaugh re: 160 Notice of Appeal - Final Judgment. (cwm) (Entered: 05/23/2018) |
| 09/07/2018 | 167 | Per Curiam of USCA as to Richard Ashbaugh re 160 Notice of Appeal - Final Judgment. USCA Decision: VACATED AND REMANDED WITH INSTRUCTIONS. (tlg) (Entered: 09/07/2018) |
| 09/07/2018 | 168 | JUDGMENT of USCA as to Richard Ashbaugh re 160 Notice of Appeal - Final Judgment. (Attachments: # 1 notice of judgment).(tlg) (Entered: 09/07/2018) |
| 09/24/2018 | 169 | Stay of Mandate Under FED.R.APP.P.41.(d)(1) re: 160 Notice of Appeal - Final Judgment. (cwm) (Entered: 09/24/2018) |
| 11/14/2018 | 170 | ORDER of USCA denying the petition for rehearing en banc as to Richard Ashbaugh re: 160 Notice of Appeal - Final Judgment. (cwm) (Entered: 11/14/2018) |
| 11/26/2018 | 171 | MANDATE of USCA as to Richard Ashbaugh 160 Notice of Appeal - Final Judgment. (tlg) (Entered: 11/26/2018) |
| 11/28/2018 | 172 | ORDER dismissing 157 motion for lack of jurisdiction as to Richard Ashbaugh. Signed by District Judge John Preston Bailey on 11/28/2018. (cwm) (Entered: 11/28/2018) |
| 04/16/2019 | 173 | SUPREME COURT REMARK--petition for writ of certiorari filed 04/10/2019 - 18-1304 as to by Richard Ashbaugh (cwm) (Entered: 04/16/2019) |
| 05/20/2019 | 174 | Supreme Court Remark as to Richard Ashbaugh. (cwm) (Entered: 05/20/2019) |
| 06/15/2022 | 176 | **ORDER: re 175 MODIFICATION OF CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER as to Richard Ashbaugh. Signed by District Judge John Preston Bailey on 6/15/2022. (cmd)** (Entered: 06/15/2022) |
| 07/22/2022 | 178 | **ORDER re: 177 NON-COMPLIANCE SUMMARY as to Richard Ashbaugh (1). Concur with U. S. Probation Officer's Recommendation, no action at this time.** |

| | | Signed by District Judge John Preston Bailey on 7/22/2022. (je) (Entered: 07/22/2022) |
|---|---|---|
| 09/22/2022 | [180](#) | **ORDER: re 179 NON-COMPLIANCE SUMMARY as to Richard Ashbaugh. Signed by District Judge John Preston Bailey on 9/22/2022. (cmd)** (Entered: 09/22/2022) |
| 11/04/2022 | [182](#) | **ORDER: re 181 NON-COMPLIANCE SUMMARY as to Richard Ashbaugh. Signed by District Judge John Preston Bailey on 11/4/2022. (cmd)** (Entered: 11/04/2022) |
| 05/02/2023 | | Judge update in case as to Richard Ashbaugh. District Judge Gina M Groh added. District Judge John Preston Bailey no longer assigned to case. (cmd) (Entered: 05/02/2023) |
| 05/04/2023 | [184](#) | **ORDER: re 183 PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION as to Richard Ashbaugh. Signed by District Judge Gina M Groh on 5/4/2023. Copy to USP,USM. (cmd)** (Entered: 05/04/2023) |
| 05/10/2023 | [186](#) | MOTION for Detention by USA as to Richard Ashbaugh. (Attachments: # [1](#) Proposed Order)(Omps-Botteicher, Lara) (Entered: 05/10/2023) |
| 05/10/2023 | 187 | **PAPERLESS ORDER as to Richard Ashbaugh. An initial appearance was held on this date. Defendant was REMANDED to the custody of the U.S. Marshals Service. Preliminary Revocation and Detention Hearings are set for MONDAY, 5/15/2023 at 03:30 PM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. Signed by Magistrate Judge Robert W. Trumble on 5-10-2023. (dh)** (Entered: 05/10/2023) |
| 05/10/2023 | [188](#) | MINUTE ENTRY: ***_NOTICE_*** _**THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.**_ Proceedings held before Magistrate Judge Robert W. Trumble as to Richard Ashbaugh. Initial Appearance re Revocation of supervised release as to Richard Ashbaugh held on 5/10/2023. Detention and Preliminary Revocation Hearings set for 5/15/2023 03:30 PM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. (Court Reporter - FTR.) (tlg) (Entered: 05/10/2023) |
| 05/10/2023 | [189](#) | ** SEALED ** CJA 23 Financial Affidavit by Richard Ashbaugh (1). Copy to FPDO. (tlg) (Entered: 05/10/2023) |
| 05/10/2023 | [190](#) | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to Richard Ashbaugh (1).Signed by Magistrate Judge Robert W. Trumble on 05/10/2023. (cwm)** Copy to USMS and USPO. (Entered: 05/10/2023) |
| 05/11/2023 | [191](#) | **APPOINTMENT ORDER as to Richard Ashbaugh (1). Signed by Magistrate Judge Robert W. Trumble on 05/11/2023. (cwm)** Copy to defendant, USMS, USPO and FPD. (Entered: 05/11/2023) |
| 05/11/2023 | [192](#) | MOTION for Leave to Appear Pro Hac Vice Attorney: Daniel L. Salem. by USA as to Richard Ashbaugh, Claire Dunleavy. (Attachments: # [1](#) Proposed Order)(Omps-Botteicher, Lara) (Entered: 05/11/2023) |
| 05/12/2023 | [194](#) | **ORDER APPROVING DEPARTMENT OF JUSTICE ATTORNEY'S APPLICATION TO APPEAR PRO HAC VICE as to Richard Ashbaugh (1) and Claire Dunleavy (2). Signed by Magistrate Judge Robert W. Trumble on 05/12/2023. (cwm)** (Entered: 05/12/2023) |
| 05/15/2023 | [195](#) | MINUTE ENTRY: |

|  |  | ***NOTICE*** *THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.* <br><br> Proceedings held before Magistrate Judge Robert W. Trumble as to Richard Ashbaugh. Preliminary Revocation and Detention Hearings as to Richard Ashbaugh held on 5/15/2023. Final Hearing re Revocation of Supervised Release set for 6/12/2023 01:30 PM in Martinsburg District Judge Courtroom, 2nd Floor before District Judge Gina M. Groh. (Court Reporter - FTR.) (tlg) (Entered: 05/15/2023) |
|---|---|---|
| 05/15/2023 | 196 | WAIVER of Preliminary Hearing as to Richard Ashbaugh (1). (tlg) (Entered: 05/15/2023) |
| 05/15/2023 | 197 | WAIVER of Detention Hearing by Richard Ashbaugh (1). (tlg) (Entered: 05/15/2023) |
| 05/16/2023 | 198 | **ORDER FINDING PROBABLE CAUSE TO HOLD A FINAL REVOCATION HEARING BEFORE THE DISTRICT JUDGE AND DETAINING DEFENDANT UNTIL THE FINAL HEARING as to Richard Ashbaugh (1). Signed by Magistrate Judge Robert W. Trumble on 05/16/2023. (cwm)** Copy to USMS and USPO. (Entered: 05/16/2023) |
| 06/12/2023 | 199 | MINUTE ENTRY: <br><br> ***NOTICE*** *THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.* <br><br> Proceedings held before District Judge Gina M Groh: Final Hearing re Revocation of Supervised Release as to Richard Ashbaugh (1) held on 6/12/2023. Final Hearing re Revocation of Supervised Release set for 10/12/2023 01:30 PM in Martinsburg District Judge Courtroom, 2nd Floor before District Judge Gina M Groh. (Court Reporter K. Slayden) (je) (Entered: 06/12/2023) |
| 06/12/2023 | 201 | **ORDER CONTINUING FINAL REVOCATION HEARING as to Richard Ashbaugh. Signed by District Judge Gina M Groh on 6/12/2023. Copy to USP,USM. (cmd)** (Entered: 06/12/2023) |
| 07/28/2023 | 202 | **PAPERLESS ORDER as to Richard Ashbaugh: TIME CHANGE ONLY- The Final Hearing re Revocation of Supervised Release RESCHEDULED for 10/12/2023 at 10:30 AM in Martinsburg District Judge Courtroom, 2nd Floor before District Judge Gina M Groh. Signed by District Judge Gina M Groh on 7/28/2023. (jlo)** (Entered: 07/28/2023) |
| 10/09/2023 | 203 | NOTICE *as to Final Revocation Hearing* by USA as to Richard Ashbaugh (Crockett (USA ACCOUNT), Kimberley) (Entered: 10/09/2023) |
| 10/12/2023 | 204 | ORAL JOINT MOTION for a Six (6) Month Improvement Period by Richard Ashbaugh (1). (cwm) (Entered: 10/12/2023) |
| 10/12/2023 | 205 | MINUTE ENTRY: <br><br> ***NOTICE*** *THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.* <br><br> Proceedings held before District Judge Gina M Groh: Final Hearing re: Revocation of Supervised Release as to Richard Ashbaugh held on 10/12/2023. Final Hearing re: Revocation of Supervised Release set for 4/18/2024 01:30 PM in Martinsburg District Judge Courtroom, 2nd Floor before District Judge Gina M Groh. (Court Reporter: K. Slayden) (cwm) (Entered: 10/12/2023) |

| 10/12/2023 | 206 | **ORDER CONTINUING FINAL REVOCATION HEARING as to Richard Ashbaugh (1). Signed by District Judge Gina M. Groh on 10/12/2023. (cwm)** Copy to USPO and USMS. (Entered: 10/12/2023) |
|---|---|---|
| 12/11/2023 | 208 | **ORDER: re 207 AMENDED PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION as to Richard Ashbaugh. Signed by District Judge Gina M Groh on 12/11/2023. Copy to USM,USP. (cmd)** (Entered: 12/11/2023) |
| 12/13/2023 | 210 | MOTION for Detention by USA as to Richard Ashbaugh. (Attachments: # 1 Proposed Order)(Salem, Daniel) (Entered: 12/13/2023) |
| 12/13/2023 | 211 | **PAPERLESS ORDER as to Richard Ashbaugh. Initial Appearance on Revocation Proceedings is set for TODAY, WEDNESDAY, 12/13/2023, at 04:15 PM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. Signed by Magistrate Judge Robert W. Trumble on 12-13-2023. (dh)** (Entered: 12/13/2023) |
| 12/13/2023 | 212 | **PAPERLESS ORDER as to Richard Ashbaugh. An initial appearance was held on this date. Defendant was REMANDED to the custody of the U.S. Marshals Service. Detention and Preliminary Revocation Hearings are set for Thursday, 12/14/2023, at 11:30 AM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. Signed by Magistrate Judge Robert W. Trumble on 12-13-2023. (dh)** (Entered: 12/13/2023) |
| 12/13/2023 | 213 | MINUTE ENTRY: <br><br> ***NOTICE*** *THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.* <br><br> Proceedings held before Magistrate Judge Robert W. Trumble as to Richard Ashbaugh. Initial Appearance as to Richard Ashbaugh held on 12/13/2023. Detention Hearing and Preliminary Revocation Hearing set for 12/14/2023 11:30 AM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. (Court Reporter - FTR.) (tlg) (Entered: 12/13/2023) |
| 12/14/2023 | 214 | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to Richard Ashbaugh (1). Signed by Magistrate Judge Robert W. Trumble on 12/14/2023. Copy to USM. (cmd)** (Entered: 12/14/2023) |
| 12/14/2023 | 215 | MINUTE ENTRY: <br><br> ***NOTICE*** *THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.* <br><br> Proceedings held before Magistrate Judge Robert W. Trumble as to Richard Ashbaugh (1). Preliminary Revocation Hearing and Detention Hearing as to Richard Ashbaugh held on 12/14/2023. Final Hearing re Revocation of Supervised Release set for 1/18/2024 01:30 PM in Martinsburg District Judge Courtroom, 2nd Floor before District Judge Gina M. Groh. (Court Reporter - FTR.) (tlg) (Entered: 12/14/2023) |
| 12/14/2023 | 216 | WAIVER of Preliminary Hearing as to Richard Ashbaugh (1). (tlg) (Entered: 12/14/2023) |
| 12/15/2023 | 217 | **ORDER FINDING PROBABLE CAUSE TO HOLD A FINAL REVOCATION HEARING BEFORE THE DISTRICT JUDGE AND DETAINING DEFENDANT UNTIL THE FINAL HEARING as to Richard Ashbaugh (1). = Signed by Magistrate Judge Robert W. Trumble on 12/14/2023. Copy to USP, USM. (cmd)** (Entered: 12/15/2023) |

| 01/16/2024 | 219 | NOTICE *AS TO FINAL REVOCATION HEARING* by USA as to Richard Ashbaugh (Crockett (USA ACCOUNT), Kimberley) (Entered: 01/16/2024) |
| 01/18/2024 | 220 | MINUTE ENTRY:<br><br>***NOTICE*** **THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.**<br><br>Proceedings held before District Judge Gina M Groh: Final Hearing re: Revocation of Supervised Release as to Richard Ashbaugh held on 1/18/2024. Final Hearing re: Revocation of Supervised Release set for 1/16/2025 01:30 PM in Martinsburg District Judge Courtroom, 2nd Floor before District Judge Gina M Groh. (Court Reporter: K. Slayden) (cwm) (Entered: 01/18/2024) |
| 01/19/2024 | 222 | **ORDER CONTINUING FINAL REVOCATION HEARING as to Richard Ashbaugh. Signed by District Judge Gina M Groh on 1/19/2024. Copy to USM, USP. (cmd)** (Entered: 01/19/2024) |
| 01/24/2024 | 223 | USMS Return executed on 01/22/2024 re: 222 ORDER CONTINUING FINAL REVOCATION HEARING as to Richard Ashbaugh (1). (cwm) (Entered: 01/24/2024) |
| 01/13/2025 | 224 | NOTICE *as to Final Revocation Hearing* by USA as to Richard Ashbaugh (Crockett (USA ACCOUNT), Kimberley) (Entered: 01/13/2025) |
| 01/13/2025 | 225 | MOTION to appear by videoconference for final revocation hearing by Richard Ashbaugh. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order)(Moss, Aaron) (Entered: 01/13/2025) |
| 01/14/2025 | 226 | NOTICE OF ATTORNEY APPEARANCE Kimberley D. Crockett (USA ACCOUNT) appearing for USA. (Crockett (USA ACCOUNT), Kimberley) (Entered: 01/14/2025) |
| 01/14/2025 | 227 | **ORDER GRANTING 225 DEFENDANT'S MOTION TO APPEAR BY VIDEOCONFERENCE FOR FINAL REVOCATION HEARING as to Richard Ashbaugh (1). Signed by District Judge Gina M Groh on 1/14/2025. (cmd)** (Entered: 01/14/2025) |
| 01/16/2025 | 228 | MINUTE ENTRY:<br><br>***NOTICE*** **THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.**<br><br>Proceedings held before District Judge Gina M Groh: Final Hearing re Revocation of Supervised Release as to Richard Ashbaugh (1) held on 1/16/2025. (Court Reporter: K. Slayden) (cwm) (Entered: 01/16/2025) |
| 01/21/2025 | 229 | **JUDGMENT FOR REVOCATION of SUPERVISED RELEASE as to Richard Ashbaugh (1). Signed by District Judge Gina M Groh on 1/21/2025. (cmd)** (Entered: 01/21/2025) |

PROB 12C
(Rev. 03/15 WVN)

# United States District Court
### for the
### Northern District of West Virginia

USA v. Ashbaugh
3:25-mj-00025

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard Ashbaugh
Reg No.: 05224-087

Case Number: 3:05CR60-1

Name of Sentencing Judicial Officer: Honorable W. Craig Broadwater, United States District Judge
Name of Revocation Judicial Officer: Honorable Gina M. Groh, United States District Judge

Date of Original Sentence: March 20, 2006
Date of Revocation: January 16, 2025

Original Offense: Aid and Abet Distribution of Heroin Resulting in Death

Original Sentence: 240 months incarceration, followed by four years supervised release
Revocation Sentence: Time served, followed by 30 months supervised release

Type of Supervision:  Supervised release          Date Supervision Commenced: January 16, 2025

## PETITIONING THE COURT

[X] To issue a warrant

[ ] To issue a summons

[ ] No action

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **Standard Condition No. 15: You shall not purchase, possess or consume any organic or synthetic intoxicants, including bath salts, synthetic cannabinoids, or other designer stimulants.** |
| 2 | **Standard Condition No. 19: You must follow the instructions of the probation officer related to the conditions of supervision.** |
| 3 | **Special Condition No. 1: You must participate in an outpatient substance abuse treatment program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).** |

On April 7, 2025, the undersigned officer received a phone call from the program Director at Recovery Point of Huntington, Brandon Scarberry. Mr. Scarberry reported that on April 3, 2025, staff members at the treatment facility observed the defendant to be in a state of intoxication. Recovery Point of Huntington staff investigated this matter, and the defendant ultimately admitted to using K-2, a designer synthetic cannabinoid.

> Mr. Scarberry reported that K-2 use is a major issue in the treatment program, likely
> due to its undetectability through standard drug testing. Due to the defendant's
> noncompliant behavior, just over two weeks after transitioning to phase two of the
> program, he had been unsuccessfully terminated from the treatment program.
> Copies of the defendant's discharge letter and signed drug use admission form from
> Recovery Point of Huntington are attached for the Court's review.

**Additional Information:**

On January 18, 2024, the defendant appeared for a final revocation hearing before the Honorable Gina M. Groh, United States District Judge. The defendant's original term of supervised release was revoked, and the sentencing portion of the hearing was continued for one year to allow the defendant to enroll in and complete the long-term inpatient substance abuse program at Recovery Point of Huntington. On January 22, 2024, the defendant was released from incarceration and transported directly to the treatment facility.

On January 16, 2025, the defendant appeared via video from the Recovery Point of Huntington treatment facility for sentencing on the final revocation hearing before the Honorable Gina M. Groh, United States District Judge. The defendant received a time served sentence, followed by 30 months of supervised release. The defendant was directed by the probation officer to continue in and complete the Recovery Point of Huntington treatment program and follow all aftercare recommendations of the program.

On March 17, 2025, the defendant transitioned into phase two of the treatment program and moved into the program's sober living residence. Phase two of the program allowed the defendant to gain outside employment and begin to reintegrate into society. Unfortunately, the defendant exploited this newfound freedom to obtain and use synthetic drugs.

U. S. Probation Officer Recommendation:

The term of supervision should be:

[X]     Revoked*

   *The probation officer's request for a warrant is a recommendation the offender be
   detained pending a dispositional hearing.

[ ]     Extended for Number year(s), for a total term of Number year(s).

[ ]     The conditions of supervision should be modified as follows:



Respectfully submitted,

By: _____

Ryan J. Weese
U. S. Probation Officer
Date:  April 8, 2025

---

**THE COURT ORDERS**

[X] The Issuance of a Warrant

    [X] Upon arrest detained and the petition in this matter be unsealed

    [ ] Upon arrest released on (type) bond and the petition in this matter be unsealed

[ ] The Issuance of a Summons

[ ] Other

[ ] No Action.  A warrant has previously been requested pursuant to the original petition.


_____
Signature of Judicial Officer


   April 9, 2025
Date



Resident Richard Ashbaugh admitted to using K-2 on 4/3/25.

On 4/3/25, Mr. Ashbaugh was observed by his transportation to and from work that he was under the influence. This occurred on his way home from work. Later that same day Mr. Ashbaugh was seen by 2 separate staff members at our phase 2 sober living facility in a state of intoxication. At this point Mr. Ashbaugh's Transportation to work had refused to transport him any longer. When Mr. Ashbaugh was questioned about these events, he admitted to smoking K-2 that was in a cigarette. Mr. Ashbaugh stated that he did not know the cigarette had K-2 in it but acknowledged that he was inebriated at these times. Mr. Ashbaugh signed a drug use admittance form on 4/7/25. K-2 is a synthetic substance that is nearly impossible to screen for in a urinalysis. Drug use of this type has been an ongoing problem due to the difficulty in detecting it. We believe Mr. Ashbaugh's statements are dishonest and we are going to discharge him from our program.

Richard Ashbaugh was last urine drug screened on 2/12/25 and passed.

Andrew Messinger,

Phase II Coordinator

Recovery Point of Huntington

304-523-4673



## Drug use admittance form

I, __Richard Ashbaugh__ hereby admit willingly that I have used some type of substance(s) that violates our permitted medication policy and/or will cause me to fail a urinalysis. The substance(s) I have used are listed below.

__K-2__

The last time I used the above listed substance(s) was __4/3/25__.

By signing this form, I am agreeing that the information I filled in above is accurate, true and will result in a failed urinalysis.

Client signature: __Richard Ashbaugh__ Date: __4/7/25__

Staff Signature: __Dw M__ Date: __4/7/25__

## VIOLATION WORKSHEET

1.     Defendant: Richard Ashbaugh

2.     Docket Number (Year-Sequence-Defendant No.): 3:05CR60-1

3.     District/Office: Northern District of West Virginia/Martinsburg

4.     Original Sentence Date: March 20, 2006

(If different than above)

5.     Original District/Office (if different than above):

6.     Original Docket Number (Year-Sequence-Defendant No.):

7.     List each violation and determine the applicable grade (see § 7B1.1):

| Violation(s) | | Grade |
|---|---|---|
| **1 - 3** | On April 7, 2025, the defendant admitted to using K-2, a designer synthetic cannabinoid, and was unsuccessfully discharged from the Recovery Point of Huntington treatment program. | **C** |

8.     Most Serious Grade of Violation (see § 7B1.1(b)):     **C**

9.     Criminal History Category (see § 7B1.4(b)):     **VI**

10.     Range of Imprisonment (see § 7B1.4(a)):     **8 – 14 months**

11.     Sentencing Options for Grade B and C Violations Only (check the appropriate box):

     (a) If the minimum term of imprisonment determined under § 7B1.4 (Term of Imprisonment) is at least one month but not more than six months, § 7B1.3(c)(1) provides sentencing options to imprisonment.

**X**     (b) If the minimum term of imprisonment determined under § 7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, § 7B1.3(c)(2) provides sentencing options to imprisonment.

     (c) If the minimum term of imprisonment determined under § 7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

12.     Unsatisfied Conditions of Original Sentence:

     *List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed, in connection with the sentence for which revocation is ordered, that remains unpaid or not served at the time of revocation (see § 7B1.3[d]):*

Defendant: Richard Ashbaugh

| | |
|---|---|
| Restitution($): | Community Confinement: |
| Fine($): | Home Detention: |
| Other: | Intermittent Confinement: |

13. Supervised Release:

If Probation is to be revoked, determine the length, if any, of the term of Supervised Release according to the provisions of §§ 5D1.1-1.3 (see §§ 7B1.3(g)(1)).

Term:   N/A

If Supervised Release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence Supervised Release upon release from imprisonment (see 18 U.S.C. § 3583(e) and § 7B1.3(g)(2).

Pursuant to 18 U.S.C. § 3624(e), multiple terms of Supervised Release are to run concurrently.

Period of Supervised Release to be served following release from imprisonment:

57 months (less any term of imprisonment imposed at revocation).

14. Departure:

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

None.

**NOTE:** The maximum term of imprisonment imposable upon revocation of Supervised Release for a Class A Felony is five (5) years, pursuant to 18 U.S.C. § 3583(e)(3).